IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| MARGARET A. WALTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07cv644-CSC |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On April 29, 2008, the plaintiff's attorney filed a petition for attorney fees pursuant to the Equal Justice Act, 28 U.S.C. § 2412(d).  (Doc. # 21).  Upon consideration of the plaintiff's application, and for good cause, it is

ORDERED that on or before May 14, 2008, the opposing party shall show cause why the motion should not be granted.

Done this 29th day of April 2008.

_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE